UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 07-CV-6011

In Regard to the Matter of:

Bayside State Prison
Litigation

Opinion and Report
of the
Special Master

JOSE ORTIZ,

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\* \* \* \*

WEDNESDAY, FEBRUARY 13, 2008

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

```
 1
 2
 3              Transcript of proceedings in the above
 4    matter taken by Theresa O. Mastroianni, Certified
 5    Court Reporter, license number 30XI00085700, and
 6    Notary Public of the State of New Jersey at the
 7    United States District Court House, One Gerry Plaza,
 8    Camden, New Jersey, 08102, commencing at 9:30 AM.
 9
10    A P P E A R A N C E S:
11
12         JAIME KAIGH, ESQUIRE
           32 NORTH BLACK HORSE PIKE
13         SUITE 5
           BLACKWOOD, NEW JERSEY 08012
14         ATTORNEYS FOR THE PLAINTIFFS
15
           RODNEY D. RAY, ESQUIRE
16         32 NORTH BLACK HORSE PIKE
           BLACKWOOD, NEW JERSEY  08012
17         856-232-3337
           ATTORNEYS FOR THE PLAINTIFFS
18
19
           ROSELLI & GRIEGEL, PC
20         BY:  JAMES LAZZARO, ESQUIRE
                - and -
21         BY:  KENNETH W. LOZIER, ESQUIRE
                - and -
22         BY:  STEVEN GRIEGEL, ESQUIRE
           1337 STATE HIGHWAY 33
23         HAMILTON SQUARE, NEW JERSEY  08690
           609-586-2257
24         ATTORNEYS FOR THE DEFENDANTS
25
```

1                JUDGE BISSELL:  All right.  We will reopen

2     the record for the purpose of a decision from the

3     special master consistent with the provisions of the

4     Order of Reference to Special Master and the Special

5     Master Agreement incorporated therein.

6                Opening in the matter of Jose Ortiz,

7     newly assigned docket number 07-6011, a separate

8     transcript in that matter should be generated for the

9     purpose of reflecting this opinion.

10               Pursuant to discussions with counsel

11    today and discussions by the Special Master with

12    Judges Kugler and Schneider, this decision, as in

13    every case submitted to me for plenary decision, will

14    be rendered pursuant to Local Civil Rule 52.1 which

15    reads in its entirety, and its mercifully brief, and

16    I quote:  "When an oral opinion is given in lieu of a

17    written opinion and is transcribed, the reporter

18    shall submit it to the judge for revision before it

19    is filed," close quote.

20               So I will follow that format and

21    request our reporter under the usual timetable to

22    provide to me a transcript of this opinion as

23    rendered for the purpose of its revision to the

24    extent that I deem it necessary.

25               This is not to be construed as an

1   invitation in itself for revision and/or applications

2   for reconsideration and the like by counsel.  In

3   other words, that revision is mine.  As finalized and

4   filed after such revisions, this transcript will

5   constitute the "written report" required under

6   paragraph 7 of the Order of Reference to a Special

7   Master.

8              Whether there are going to be

9   motions for reconsideration presented before me or

10  through whatever other review one might choose to

11  take from this opinion, of course, is going to have

12  to abide the decision of the respective counsel and

13  the governing rules of court.

14             There are certain provisions in the

15  agreements that guide the Master in the presentation

16  of this decision.  I'm to be guided by the prior

17  rulings of this court on evidentiary and legal

18  issues.  I'm directed to recommend to the district

19  court an award of nominal, compensatory and/or

20  punitive damages as provided by law and as if

21  rendered in a jury trial.  And I'm directed to

22  determine the award of any attorneys fees upon

23  application of the prevailing party.

24             I'd rather have a discussion at some

25  point further down the line with regard to attorney's

1   fee applications if, as and when there are cases on

2   which a plaintiff or more than one plaintiff

3   prevails, rather than deal with that today; although

4   we do have some extra time today, and if we want to

5   address that in a somewhat academic fashion, I

6   suppose we could.

7           As the first item of business in the

8   opinion itself I incorporate by reference the jury

9   instructions as set forth in the Walker and Mejias

10  charges and to the extent applicable to the case at

11  hand.

12          I'm now prepared to deal with the

13  specifics of the Ortiz case.

14          He describes the alleged incident at

15  the farm, the full minimum facility at cottage six on

16  October 13, 1997.

17          He alleges a beating as described at

18  the transcript for January 28th, 2008 at pages 107

19  through 111.

20          I find, however, that his testimony is

21  not sufficiently credible to sustain his burden of

22  proof that this beating took place. I find that the

23  photograph taken with regard to the supposed injury

24  to his scalp is, in fact, demonstrative of a minor

25  scrape, nothing that would result in permanency.

1           Secondly, when sitting here on the
2   witness stand and asked to point to the apparent
3   residual marks on his head he pointed to a different
4   point on his head, the location as best I can recall
5   of approximately three welts on his forehead that
6   bore no resemblance to the contemporaneous photograph
7   and, frankly, did not in any way appear to be the
8   product of an incident some ten-and-a-half years ago.
9           I note also the discrepancy between the
10  location of his other injury as to whether it was on
11  his back or on his right side.  Apparently reported
12  as a right side injury initially, hence the
13  photograph of that area, and now more and more as he
14  testified at trial in the small of his back.
15          From the events as he described it, he
16  claims that he still has pains in his back and head
17  after ten-and-a-half years from the injuries he
18  describes.  Frankly, that is not credible and impacts
19  upon his credibility regarding a description of the
20  incident itself.
21          He made an effort to embellish before
22  the Master the extent of his back injury when in the
23  same transcript at page 112, line 18 he said:  "I had
24  a tumor come out of it."  Not an awful lot was made
25  of this, but it certainly is completely unsupported

1   and, as I said, smacked to me of an effort to

2   embellish injuries beyond the truth.

3         P-10, the Crotty report, was introduced

4   into evidence. I considered that also. The reports

5   of inmates Anderson and Gonzalez do not corroborate

6   the type of beating as described by Mr. Ortiz. At

7   most, they would sustain appropriate inferences that

8   he was pushed on to his bunk to hasten him getting

9   back there because the guards didn't feel he was

10  moving quickly enough and that in doing so his head

11  might have been forced against the wall.

12        At most I would consider that an

13  exercise in disciplinary action to reinforce the

14  command of the officers. And, once again, the scrape

15  on the forehead was minimal and not rising to the

16  level of anything like the injury that he complains

17  of or endeavors to persuade the Master about.

18        Finally, although not every item of

19  evidence has been discussed in this opinion/report,

20  all evidence presented to the Special Master was

21  reviewed and considered.

22        Accordingly, as I said, I find that

23  this plaintiff has not sustained his burden of proof

24  by a preponderance of the credible evidence with

25  regard to an Eighth Amendment violation. Indeed,

1  the conclusion of Mr. Crotty, in his report P-10,

2  that this event was, indeed, unsubstantiated is the

3  same conclusion reached by myself.  I recommend in

4  this report that the District Court enter a verdict

5  of no cause for action.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        C E R T I F I C A T E

2

3        I, Theresa O. Mastroianni, a Notary Public and

4   Certified Shorthand Reporter of the State of New

5   Jersey, do hereby certify that the foregoing is a

6   true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth.

9        I DO FURTHER CERTIFY that I am neither a

10  relative nor employee nor attorney nor counsel of any

11  of the parties to this action, and that I am neither

12  a relative nor employee of such attorney or counsel,

13  and that I am not financially interested in the

14  action.

15

16

17

18

19  *Theresa O. Mastroianni*

    Theresa O. Mastroianni, C.S.R.

20  Notary Public, State of New Jersey

    My Commission Expires May 5, 2010

21  Certificate No. XI0857

    Date:   February 19, 2008

22

23

24

25

**A**
abide 4:12
academic 5:5
accurate 9:6
action 1:2 7:13 8:5 9:11,14
address 5:5
ago 6:8
Agreement 3:5
agreements 4:15
al 1:8
alleged 5:14
alleges 5:17
Amendment 7:25
Anderson 7:5
and/or 4:1,19
apparent 6:2
Apparently 6:11
appear 6:7
applicable 5:10
application 4:23
applications 4:1 5:1
appropriate 7:7
approximately 6:5
area 6:13
asked 6:2
assigned 3:7
attorney 9:10,12
attorneys 2:14 2:17,24 4:22
attorney's 4:25
Audubon 1:21
award 4:19,22
awful 6:24

**B**
back 6:11,14,16 6:22 7:9
Bayside 1:5
beating 5:17,22 7:6
best 6:4
beyond 7:2

BISSELL 1:16 3:1
BLACK 2:12,16
BLACKWOOD 2:13,16
bore 6:6
brief 3:15
bunk 7:8
burden 5:21 7:23
business 5:7

**C**
C 2:10 9:1,1
Camden 2:8
case 3:13 5:10 5:13
cases 5:1
cause 8:5
certain 4:14
certainly 6:25
Certificate 9:21
Certified 1:20 2:4 9:4
certify 9:5,9
charges 5:10
choose 4:10
Civil 1:2 3:14
claims 6:16
close 3:19
come 6:24
command 7:14
commencing 2:8
Commission 9:20
compensatory 4:19
complains 7:16
completely 6:25
conclusion 8:1,3
consider 7:12
considered 7:4 7:21
consistent 3:3
constitute 4:5
construed 3:25

contemporane... 6:6
corroborate 7:5
cottage 5:15
counsel 3:10 4:2 4:12 9:10,12
course 4:11
court 1:1,20 2:5 2:7 4:13,17,19 8:4
credibility 6:19
credible 5:21 6:18 7:24
Crotty 7:3 8:1
C.S.R 9:19

**D**
D 2:15
damages 4:20
date 9:8,21
deal 5:3,12
decision 3:2,12 3:13 4:12,16
deem 3:24
Defendants 1:9 2:24
demonstrative 5:24
described 5:17 6:15 7:6
describes 5:14 6:18
description 6:19
determine 4:22
different 6:3
directed 4:18,21
disciplinary 7:13
discrepancy 6:9
discussed 7:19
discussion 4:24
discussions 3:10 3:11
district 1:1,2 2:7 4:18 8:4
docket 3:7

doing 7:10

**E**
E 2:10,10 9:1,1
effort 6:21 7:1
Eighth 7:25
embellish 6:21 7:2
employee 9:10 9:12
endeavors 7:17
enter 8:4
entirety 3:15
ESQUIRE 2:12 2:15,20,21,22
et 1:8
event 8:2
events 6:15
evidence 7:4,19 7:20,24
evidentiary 4:17
exercise 7:13
Expires 9:20
extent 3:24 5:10 6:22
extra 5:4

**F**
F 9:1
facility 5:15
fact 5:24
farm 5:15
fashion 5:5
FAUVER 1:8
February 1:13 9:21
fee 5:1
feel 7:9
fees 4:22
filed 3:19 4:4
finalized 4:3
Finally 7:18
financially 9:13
find 5:20,22 7:22
first 5:7

follow 3:20
forced 7:11
foregoing 9:5
forehead 6:5 7:15
FORMAROLI 1:19
format 3:20
forth 5:9 9:8
frankly 6:7,18
full 5:15
further 4:25 9:9

**G**
generated 3:8
Gerry 2:7
getting 7:8
given 3:16
going 4:8,11
Gonzalez 7:5
governing 4:13
GRIEGEL 2:19 2:22
guards 7:9
guide 4:15
guided 4:16

**H**
H 1:8
HAMILTON 2:23
hand 5:11
hasten 7:8
head 6:3,4,16 7:10
hereinbefore 9:8
HIGHWAY 2:22
HONORABLE 1:16
Horse 1:20 2:12 2:16
House 2:7

**I**
impacts 6:18

incident 5:14 6:8 6:20
incorporate 5:8
incorporated 3:5
inferences 7:7
initially 6:12
injuries 6:17 7:2
injury 5:23 6:10 6:12,22 7:16
inmates 7:5
instructions 5:9
interested 9:13
introduced 7:3
invitation 4:1
issues 4:18
item 5:7 7:18

**J**
JAIME 2:12
JAMES 2:20
January 5:18
Jersey 1:2,21 2:6 2:8,13,16,23 9:5,20
JOHN 1:16
Jose 1:6 3:6
judge 3:1,18
Judges 3:12
jury 4:21 5:8

**K**
KAIGH 2:12
KENNETH 2:21
Kugler 3:12

**L**
law 4:20
LAZZARO 2:20
legal 4:17
level 7:16
license 2:5
lieu 3:16
line 4:25 6:23
Litigation 1:5
Local 3:14

location 6:4,10
lot 6:24
LOZIER 2:21

**M**
marks 6:3
master 1:6,16 3:3,4,5,11 4:7 4:15 6:22 7:17 7:20
Mastroianni 1:19 2:4 9:3,19
matter 1:4 2:4 3:6,8
Mejias 5:9
mercifully 3:15
mine 4:3
minimal 7:15
minimum 5:15
minor 5:24
motions 4:9
moving 7:10

**N**
N 2:10
necessary 3:24
neither 9:9,11
New 1:2,21 2:6,8 2:13,16,23 9:4 9:20
newly 3:7
nominal 4:19
NORTH 2:12,16
Notary 2:6 9:3 9:20
note 6:9
number 2:5 3:7

**O**
O 2:4 9:3,19
October 5:16
officers 7:14
once 7:14
Opening 3:6
opinion 1:5 3:9 3:16,17,22

4:11 5:8
opinion/report 7:19
oral 3:16
Order 3:4 4:6
Ortiz 1:6 3:6 5:13 7:6

**P**
P 2:10,10
page 6:23
pages 5:18
pains 6:16
paragraph 4:6
parties 9:11
party 4:23
PC 2:19
permanency 5:25
persuade 7:17
photograph 5:23 6:6,13
Pike 1:20 2:12 2:16
place 5:22 9:8
plaintiff 5:2,2 7:23
PLAINTIFFS 2:14,17
Plaza 2:7
plenary 3:13
point 4:25 6:2,4
pointed 6:3
prepared 5:12
preponderance 7:24
presentation 4:15
presented 4:9 7:20
prevailing 4:23
prevails 5:3
prior 4:16
Prison 1:5
proceedings 2:3
product 6:8

proof 5:22 7:23
provide 3:22
provided 4:20
provisions 3:3 4:14
Public 2:6 9:3,20
punitive 4:20
purpose 3:2,9,23
pursuant 3:10 3:14
pushed 7:8
P-10 7:3 8:1

**Q**
quickly 7:10
quote 3:16,19

**R**
R 2:10 9:1
RAY 2:15
reached 8:3
reads 3:15
recall 6:4
recommend 4:18 8:3
reconsideration 4:2,9
record 3:2
reference 3:4 4:6 5:8
reflecting 3:9
regard 1:4 4:25 5:23 7:25
regarding 6:19
reinforce 7:13
relative 9:10,12
rendered 3:14 3:23 4:21
reopen 3:1
report 1:5 4:5 7:3 8:1,4
reported 6:11
reporter 2:5 3:17,21 9:4
Reporting 1:20
reports 7:4

request 3:21
required 4:5
resemblance 6:6
residual 6:3
respective 4:12
result 5:25
review 4:10
reviewed 7:21
revision 3:18,23 4:1,3
revisions 4:4
right 3:1 6:11,12
rising 7:15
RODNEY 2:15
ROSELLI 2:19
Rule 3:14
rules 4:13
rulings 4:17

**S**
S 2:10
scalp 5:24
Schneider 3:12
scrape 5:25 7:14
Secondly 6:1
separate 3:7
set 5:9 9:8
Shorthand 9:4
side 6:11,12
sitting 6:1
six 5:15
smacked 7:1
small 6:14
somewhat 5:5
South 1:20
special 1:6,16 3:3,4,4,11 4:6 7:20
specifics 5:13
SQUARE 2:23
stand 6:2
State 1:5 2:6,22 9:4,20
States 1:1 2:7
stenographica... 9:7

| | | |
|---|---|---|
| STEVEN 2:22 | Videoconfere... 1:20 | 2010 9:20 |
| submit 3:18 | violation 7:25 | 251 1:20 |
| submitted 3:13 | vs 1:7 | 28th 5:18 |
| sufficiently 5:21 | | |
| SUITE 2:13 | **W** | **3** |
| suppose 5:6 | W 1:16 2:21 | 30X100085700 2:5 |
| supposed 5:23 | Walker 5:9 | 32 2:12,16 |
| sustain 5:21 7:7 | wall 7:11 | 33 2:22 |
| sustained 7:23 | want 5:4 | |
| | way 6:7 | **5** |
| **T** | WEDNESDAY 1:13 | 5 2:13 9:20 |
| T 9:1,1 | welts 6:5 | 52.1 3:14 |
| take 4:11 | White 1:20 | **6** |
| taken 2:4 5:23 9:7 | WILLIAM 1:8 | 609-586-2257 2:23 |
| ten-and-a-half 6:8,17 | witness 6:2 | |
| testified 6:14 | words 4:3 | **7** |
| testimony 5:20 9:6 | written 3:17 4:5 | 7 4:6 |
| Theresa 2:4 9:3 9:19 | **X** | **8** |
| three 6:5 | XI0857 9:21 | 856-232-3337 2:17 |
| time 5:4 9:7 | **Y** | 856-546-1100 1:21 |
| timetable 3:21 | years 6:8,17 | |
| today 3:11 5:3,4 | **0** | **9** |
| transcribed 3:17 | 07-CV-6011 1:2 | 9:30 2:8 |
| transcript 2:3 3:8,22 4:4 5:18 6:23 9:6 | 07-6011 3:7 | |
| | 08012 2:13,16 | |
| trial 4:21 6:14 | 08102 2:8 | |
| true 9:6 | 08106 1:21 | |
| truth 7:2 | 08690 2:23 | |
| tumor 6:24 | **1** | |
| type 7:6 | 107 5:18 | |
| **U** | 111 5:19 | |
| United 1:1 2:7 | 112 6:23 | |
| unsubstantiated 8:2 | 13 1:13 5:16 | |
| unsupported 6:25 | 1337 2:22 | |
| usual 3:21 | 18 6:23 | |
| **V** | 19 9:21 | |
| verdict 8:4 | 1997 5:16 | |
| | **2** | |
| | 2008 1:13 5:18 9:21 | |